# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | Ludington Family Foundation |
| 4. | Advisory Trustee | ▆ Ludington Beneficial Trust |
| 5. | Advisory Trustee | ▆▆▆ Ludington Beneficial Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Michigan Judges Retirement Services | $38,807.00 |
| 2. | 2020 | Michigan County Employees Pension Fund | $6,296.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | TCF Bank checking & savings | A | Interest | K | T | | | | | |
| 2. | Dow Chemical Employees Credit Union | A | Interest | M | T | | | | | |
| 3. | Merrill Lynch Money Market | A | Interest | L | T | | | | | |
| 4. | -Amgen stock | A | Dividend | K | T | | | | | |
| 5. | -Laboratory CP American Hldg | | None | J | T | Sold<br>(part) | 01/02/20 | J | B | |
| 6. | -Blackrock Global Stock Fund | A | Dividend | M | T | | | | | |
| 7. | | D | Distribution | M | T | | | | | |
| 8. | -IBM stock | B | Dividend | K | T | | | | | |
| 9. | -Quest Diagnostics stock | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 10. | Interest Income Fund 401K | D | Int./Div. | N | T | | | | | |
| 11. | MKS Convertible Fund See 401K | | None | L | T | | | | | |
| 12. | Am Cent US Real Estate 401K | | None | K | T | | | | | |
| 13. | Fidelity Contrafund Pool Cl 2 401K | | None | M | T | | | | | |
| 14. | TRP Is Mid Cap 401K | D | Int./Div. | M | T | | | | | |
| 15. | Vanguard Dev Mkt IndexIP 401K | B | Int./Div. | L | T | | | | | |
| 16. | MTL Insurance Co (ordinary) Life Policy | | None | K | T | | | | | |
| 17. | Trust Mark (ordinary) Life Policy | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Indianapolis (ordinary) Life Policy | | None | K | T | | | | | |
| 19. | Fidelity Roth IRA #1 (H) | | | | | | | | | |
| 20. | -Fidelity Gov't Cash Reserves | A | Interest | J | T | Distributed (part) | 10/15/20 | J | | |
| 21. | -DFA Emerging Markets Core Equities Fund | A | Dividend | K | T | Buy (add'l) | 03/30/20 | J | | |
| 22. | -Janus Henderson Global Income Fund | A | Dividend | | | Sold | 03/23/20 | K | | |
| 23. | -Matthews Emerging Asia Fund | A | Dividend | K | T | | | | | |
| 24. | -PrimeCap Odyssey Growth Fund | A | Dividend | K | T | Buy (add'l) | 03/30/20 | J | | |
| 25. | | C | Distribution | K | T | | | | | |
| 26. | -DFA International Value Fund | | None | | | Buy (add'l) | 01/10/20 | J | | |
| 27. | | | None | | | Sold | 03/30/20 | K | | |
| 28. | -American Funds New Perspective Fund | A | Dividend | M | T | Buy (add'l) | 03/30/20 | K | | |
| 29. | | D | Distribution | M | T | | | | | |
| 30. | -Schwab Total Stock Market Fund | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 31. | -JP Morgan Europe Dynamic Fund | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 32. | -DFA U.S. Large Cap Growth Port Fund | B | Dividend | L | T | Buy (add'l) | 03/30/20 | L | | |
| 33. | Fidelity IRA #1 Rollover (H) | | | | | | | | | |
| 34. | -Fidelity Gov't Cash Reserves | A | Interest | K | T | Distributed (part) | 04/03/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -AQR Global Equity Fund | B | Dividend | M | T | Sold (part) | 01/10/20 | J | A | |
| 36. | | None | M | T | Buy (add'l) | 03/30/20 | K | | |
| 37. -Blackrock Strategic Income Fund | C | Dividend | L | T | Buy (add'l) | 01/10/20 | J | | |
| 38. | A | Distribution | L | T | Sold (part) | 03/30/20 | K | | |
| 39. | | None | L | T | Buy (add'l) | 06/24/20 | J | | |
| 40. -Carillon Reams Unconstrained Bond Fund | C | Dividend | L | T | Buy (add'l) | 01/10/20 | J | | |
| 41. | | None | L | T | Sold (part) | 03/30/20 | K | | |
| 42. | | None | L | T | Buy (add'l) | 07/16/20 | J | | |
| 43. -DFA Intl Small Cap Value Fund | A | Dividend | K | T | Buy (add'l) | 03/30/20 | J | | |
| 44. -DFA International Value Fund | | None | | | Sold (part) | 01/10/20 | K | A | |
| 45. | | None | | | Sold | 03/30/20 | L | | |
| 46. -Schwab Total Stock Market Fund | A | Dividend | K | T | Buy | 03/30/20 | K | | |
| 47. -DFA US Large Cap Value Fund | B | Dividend | L | T | Buy (add'l) | 03/30/20 | K | | |
| 48. -Doubleline Total Return Bond Fund | C | Dividend | M | T | Buy (add'l) | 01/10/20 | J | | |
| 49. | | None | M | T | Sold (part) | 03/30/20 | L | | |
| 50. | | None | M | T | Buy (add'l) | 04/08/20 | J | | |
| 51. -Johcm International Select Fund | A | Dividend | K | T | Buy (add'l) | 03/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | A | Distribution | K | T | | | | | |
| 53.    -JPMorgan Global Bond Opportunities | B | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 54. | | None | K | T | Sold<br>(part) | 03/30/20 | K | | |
| 55. | | None | K | T | Buy<br>(add'l) | 10/27/20 | J | | |
| 56.    -PIMCO Investment Grade Credit Bond<br>Fund | C | Dividend | M | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 57. | A | Distribution | M | T | Sold<br>(part) | 03/30/20 | K | | |
| 58. | | None | M | T | Buy<br>(add'l) | 07/10/20 | J | | |
| 59. | | None | M | T | Buy<br>(add'l) | 11/03/20 | K | | |
| 60.    -PIMCO RAE Plus Institutional Intl Fund | D | Dividend | M | T | Buy | 03/30/20 | L | | |
| 61.    -PIMCO RAE Plus Small Fund | C | Dividend | K | T | Buy | 03/30/20 | J | | |
| 62. | B | Distribution | K | T | | | | | |
| 63.    -Lehman Bond Escrow 01/18/12 | A | Dividend | K | T | | | | | |
| 64.    -Griffith, IN Bond 7/5/2020 | A | Interest | | | Matured | 07/05/20 | J | | |
| 65.    -New York, NY Bond 11/1/2020 | A | Interest | | | Matured | 11/02/20 | K | | |
| 66.    -Jackson, MS Bond 05/1/21 | A | Interest | K | T | | | | | |
| 67.    -Pembroke Pines, FL Bond 10/1/22 | A | Interest | J | T | | | | | |
| 68.    -HSBC Bond 4/5/21 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Kane McHenry, IL Bond 12/1/21 | | None | J | T | | | | | |
| 70. -Los Angeles, Co CA Bond 09/1/21 | A | Interest | J | T | | | | | |
| 71. -Michigan Hsg Auth Bond 10/1/21 | A | Interest | K | T | | | | | |
| 72. -MTA of NY Bond 11/15/21 | A | Interest | J | T | | | | | |
| 73. -Pennsylvania St Bond 7/15/21, callable 7/15/20 | A | Interest | | | Redeemed | 07/15/20 | J | | |
| 74. -Georgia St Bond 01/01/21 | A | Interest | J | T | | | | | |
| 75. -Iowa Student, IA Bond 12/1/22 | A | Interest | K | T | | | | | |
| 76. MI Ed Savgs Plan Moderate Age-Based 18 FBO #2No Control | | None | J | T | | | | | |
| 77. TCF Bank Savings (FBO#2) | | None | J | T | | | | | |
| 78. TCF Bank Roth IRA (FBO #2) (H) X | | | | | | | | | |
| 79. -Private Bank Advantage Sweep Money Market (FBO #2) | A | Interest | J | T | | | | | |
| 80. -Wasatch Intl Growth Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 81. TCF Bank Trust (H) (FBO #2) | | | | | | | | | |
| 82. -Private Bank Advantage Money Market | A | Interest | K | T | | | | | |
| 83. -Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |
| 84. -T Price Media & Tele Fund (FBO#2) | B | Distribution | K | T | | | | | |
| 85. -Invesco QQQ ETF (FBO #2) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    -Wasatch Intl Growth Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 87.    -Apple Inc (FBO #2) | A | Dividend | K | T | | | | | |
| 88.    -Vanguard S&P 500 ETF (FBO #2) | A | Dividend | K | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 89.    -Invesco Ppty & Cas Ins ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 90.    -Invesco Sm Cap Health ETF (FBO #2) | | None | J | T | | | | | |
| 91.    -Sherwin Williams Co stock (FBO #2) | A | Dividend | J | T | | | | | |
| 92.    -SPDR Utilities ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 93.    -FMI International (FBO #2) | | None | | | Sold | 03/04/20 | J | A | |
| 94.    -Taiwan Semiconductor (FBO #2) | A | Dividend | K | T | | | | | |
| 95.    -FedEx Corp (FBO #2) | A | Dividend | J | T | | | | | |
| 96.    -Carillon Eagle Mid Cap Growth Fund<br>(FBO #2) | A | Distribution | K | T | | | | | |
| 97.    -Fidelity Select Port Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 98. | A | Dividend | J | T | | | | | |
| 99.    -iShares Core S&P Small Cap ETF (FBO<br>#2) | A | Dividend | J | T | | | | | |
| 100.  -Vanguard Consumer Dis ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 101.  -Chevron Corp stock (FBO #2) | A | Dividend | J | T | | | | | |
| 102.  -CSX stock (FBO #2) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Enterprise Products Partners stock (FBO #2) | A | Dividend | J | T | | | | | |
| 104. -Raytheon Technologies Corp stock (FBO #2) | A | Distribution | J | T | | | | | |
| 105. -Carrier Global Corp stock (FBO #2) | A | Distribution | J | T | Spinoff (from line 104) | 04/03/20 | J | | |
| 106. -Otis Worldwide Corp stock (FBO #2) | A | Dividend | J | T | Spinoff (from line 104) | 04/03/20 | J | | |
| 107. -BlackRock Health Science Opportunities Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 108. | A | Distribution | J | T | | | | | |
| 109. -T Rowe Price Health Sciences Fund (FBO #2) | B | Distribution | J | T | Buy (add'l) | 03/04/20 | J | | |
| 110. -Vanguard Info Technology Index Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 111. -Vanguard Small Cap Index Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 112. -Invesco Oppenheimer Intl Small Mid Co Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 113. -Tweedy Brown Global Value Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 114. -Vanguard International Growth Fund (FBO #2) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 115. | A | Distribution | J | T | | | | | |
| 116. -iShares DJ US Industrials Sec ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 117. -SPDR S&P Dividend ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 118. -Vanguard Consumer Staples (FBO #2) | A | Dividend | J | T | | | | | |
| 119. -Vanguard Financials ETF (FBO #2) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Utilities ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 121. -Technology Select SPDR ETF (FBO #2) | A | Dividend | K | T | Buy | 03/04/20 | J | | |
| 122. -Vanguard Dev Market Index Fund (FBO #2) | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 123. -Memphis, TN Bond 11/1/21 (FBO #2) | A | Interest | J | T | | | | | |
| 124. -Dallas, TX Bond 2/15/20 (FBO #2) | A | Interest | | | Matured | 02/15/20 | J | | |
| 125. -Washington, PA Bond 9/1/21 (FBO #2) | A | Interest | K | T | | | | | |
| 126. -Atlanta, GABond 01/01/22 (FBO #2) | A | Interest | J | T | | | | | |
| 127. -Colorado HSG Bond 05/01/23 (FBO #2) | A | Interest | J | T | | | | | |
| 128. -Maine Muni Bond 09/01/21 (FBO #2) | A | Interest | J | T | | | | | |
| 129. -Oakland, CA Bond 12/15/22 (FBO #2) | | None | J | T | | | | | |
| 130. -Missouri St Bond 10/01/20 (FBO #2) | A | Interest | | | Matured | 10/01/20 | J | | |
| 131. -S Carolina St Bond 12/01/22 (FBO #2) | A | Interest | J | T | | | | | |
| 132. -Elkhart IN Comty Schools Bond 7/20/23 (FBO #2) | A | Interest | J | T | | | | | |
| 133. TCF Bank Thomas Ludington Cust AGY (H) | | None | | | | | | | |
| 134. -Private Bank Advantage Money Market | A | Interest | L | T | Distributed (part) | 01/21/20 | J | | |
| 135. | | None | L | T | Distributed (part) | 01/30/20 | J | | |
| 136. | | None | L | T | Distributed (part) | 07/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | None | L | T | Distributed (part) | 07/24/20 | L | | |
| 138. | | None | L | T | Distributed (part) | 09/15/20 | K | | |
| 139. | | None | L | T | Distributed (part) | 09/18/20 | K | | |
| 140. -Apple Inc | B | Dividend | M | T | Sold (part) | 06/25/20 | K | E | |
| 141. -Bristol-Myers Squibb Co | A | Dividend | K | T | | | | | |
| 142. -Conocophillips | A | Dividend | J | T | | | | | |
| 143. -Exxon Mobil Corp | A | Dividend | | | Sold (part) | 04/13/20 | J | | |
| 144. | | None | | | Sold | 06/25/20 | J | | |
| 145. -Intel Corp | A | Dividend | K | T | | | | | |
| 146. -Lowes | A | Dividend | J | T | | | | | |
| 147. -Boeing Co | A | Dividend | | | Sold | 06/25/20 | K | C | |
| 148. -Walgreens Boots Alliance | A | Dividend | | | Sold | 06/25/20 | J | B | |
| 149. -Aflac, Inc | A | Dividend | J | T | | | | | |
| 150. -Boston Properties Inc | A | Dividend | | | Sold | 06/25/20 | J | | |
| 151. -Clorox Co | A | Dividend | K | T | | | | | |
| 152. -Invesco QQQ Trust | A | Dividend | M | T | | | | | |
| 153. -Johnson & Johnson | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -Microsoft Corp | B | Dividend | M | T | Sold<br>(part) | 06/25/20 | K | E | |
| 155.  -Nextera Energy Inc | B | Dividend | L | T | | | | | |
| 156.  -Pepsi Co | A | Dividend | K | T | | | | | |
| 157.  -Phillips 66 | A | Dividend | J | T | | | | | |
| 158.  -Prudential Financial | B | Dividend | K | T | | | | | |
| 159.  -SPDR Gold Shares ETF | | None | L | T | Buy<br>(add'l) | 09/21/20 | K | | |
| 160.  -Deere & Co | A | Dividend | K | T | | | | | |
| 161.  -Disney | A | Dividend | K | T | | | | | |
| 162.  -Fastenal Co Com | A | Dividend | J | T | | | | | |
| 163.  -Principal Mid Cap Blend Fund | A | Distribution | L | T | | | | | |
| 164.  -Union Pac Corp | A | Dividend | K | T | | | | | |
| 165.  -T Rowe Price New Horizons Fund | D | Distribution | L | T | | | | | |
| 166.  -Vanguard Inst Index Fund | B | Dividend | L | T | | | | | |
| 167. | B | Distribution | L | T | | | | | |
| 168.  -JP Morgan Chase stock | A | Dividend | K | T | | | | | |
| 169.  -Vanguard Strategic Small Cap Fund | | None | | | Sold | 06/25/20 | J | | |
| 170.  -Amazon Inc stock | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. -McDonalds stock | A | Dividend | J | T | | | | | |
| 172. -AbbVie Inc stock | A | Dividend | J | T | | | | | |
| 173. -KLA-Tencor Corp stock | A | Dividend | K | T | | | | | |
| 174. -Exelon Corp stock | A | Dividend | | | Sold | 06/25/20 | J | | |
| 175. -Vanguard Financials ETF | A | Dividend | K | T | | | | | |
| 176. -Ross Stores, Inc stock | A | Dividend | K | T | | | | | |
| 177. -Taiwan Semiconductor stock | A | Dividend | L | T | | | | | |
| 178. -Auto Zone stock | | None | K | T | | | | | |
| 179. -Extra Space Storage stock | A | Dividend | K | T | | | | | |
| 180. -Invesco Property & Casualty Ins ETF | A | Dividend | | | Sold | 06/25/20 | K | | |
| 181. -John Hancock Intl Growth Fund | A | Dividend | L | T | | | | | |
| 182. -Vanguard Total Intl Stock Index Fund | A | Dividend | K | T | | | | | |
| 183. -iShares DJ US Fin Sec ETF | A | Dividend | K | T | | | | | |
| 184. -South Carolina St Public Util Bond 12/1/23 | A | Interest | K | T | | | | | |
| 185. -Burien, WA Bond 12/1/2020 | A | Interest | | | Matured | 12/01/20 | J | | |
| 186. -Hempstead, NY Bond 7/15/2020 | A | Interest | | | Matured | 07/15/20 | J | | |
| 187. -Oakland, CA Bond 12/15/21 | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -San Mateo, CA Bond 8/1/21 | A | Interest | J | T | | | | | |
| 189.  -American Express CD 09/06/22 | A | Interest | K | T | | | | | |
| 190.  -Metro, NY Transit Bond 11/15/22 | A | Interest | K | T | | | | | |
| 191.  -Pembroke Pines, FL Bond 10/1/22 | B | Interest | K | T | | | | | |
| 192.  -Hisperia, CA Bond 2/1/23 | A | Interest | J | T | | | | | |
| 193.  -Silver City, NM Bond 12/1/22 | A | Interest | K | T | | | | | |
| 194.  TCF Bank Katrina Ludington Trust AGY (H) | | None | | | | | | | |
| 195.  -Private Bank Advantage Money Market | A | Interest | M | T | Distributed (part) | 01/08/20 | K | | |
| 196. | | None | M | T | Distributed (part) | 02/11/20 | J | | |
| 197. | | None | M | T | Distributed (part) | 03/17/20 | L | | |
| 198. | | None | M | T | Distributed (part) | 07/27/20 | M | | |
| 199.  -Matthews Pacific Tiger Fund | | None | | | Sold | 03/20/20 | K | C | |
| 200.  -FMI International Fund | | None | | | Sold | 03/03/20 | K | | |
| 201.  -Fidelity Select Portfolio Fund | A | Dividend | | | Sold | 06/25/20 | K | | |
| 202. | B | Distribution | | | | | | | |
| 203.  -Delaware Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 204. | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -Inv Opp Developing Markets Fund | A | Dividend | J | T | | | | | |
| 206. -Vanguard Dev Market Index | A | Dividend | K | T | | | | | |
| 207. -Vanguard Small Cap Index | A | Dividend | K | T | | | | | |
| 208. -Boston Properties stock | A | Dividend | | | Sold | 06/25/20 | J | | |
| 209. -Emerson Elec Co stock | A | Dividend | J | T | | | | | |
| 210. -CSX Corp stock | A | Dividend | J | T | | | | | |
| 211. -Travelers Companies stock | A | Dividend | J | T | | | | | |
| 212. -V.F. Corp stock | A | Dividend | | | Sold | 11/02/20 | J | | |
| 213. -Chevron Corp stock | A | Dividend | J | T | | | | | |
| 214. -Cisco Systems stock | A | Dividend | | | Sold | 11/02/20 | J | | |
| 215. -Analog Devices Inc stock | A | Dividend | J | T | | | | | |
| 216. -Nike Inc stock | A | Dividend | K | T | | | | | |
| 217. -Salesforce.com stock | | None | K | T | | | | | |
| 218. -Comcast Corp stock | A | Dividend | K | T | | | | | |
| 219. -Becton Dickinson stock | A | Dividend | K | T | | | | | |
| 220. -Broadcom Inc stock | A | Dividend | K | T | | | | | |
| 221. -Abbott Labs stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -AT&T Inc stock | A | Dividend | J | T | | | | | |
| 223.  -Royal Dutch Shell stock | A | Dividend | | | Sold | 06/25/20 | J | | |
| 224.  -Alliant Corp stock | A | Dividend | J | T | | | | | |
| 225.  -Vanguard Comm Service ETF | A | Dividend | K | T | Buy<br>(add'l) | 11/02/20 | J | | |
| 226.  -Stryker Corp stock | A | Dividend | K | T | Buy | 02/28/20 | J | | |
| 227.  -American Funds T/E Bond Fund | A | Dividend | K | T | Buy | 11/02/20 | K | | |
| 228.  -Lockheed Martin Corp stock | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 229.  -Accenture PLC stock | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 230.  -Autodesk Inc stock | | None | K | T | Buy | 11/02/20 | K | | |
| 231.  -Xcel Energy Inc stock | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 232.  -Vanguard MidCap Index ETF | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 233.  -Vanguard Intl Growth | A | Dividend | K | T | Buy | 03/03/20 | K | | |
| 234. | A | Distribution | K | T | | | | | |
| 235.  -Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | | | Redeemed | 01/01/20 | K | | |
| 236.  -Fenton, MI Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 237.  -Fidelity Inter Muni Inc Fund #036 | A | Dividend | | | Sold | 11/02/20 | K | B | |
| 238. | A | Distribution | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | | | | | |
| 240.  -Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 241.  -Manistique,MI Bond 5/1/2020 | A | Interest | | | Matured | 05/01/20 | K | | |
| 242.  -Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | | | Matured | 05/01/20 | J | | |
| 243.  -Waterford Mich School Dist Bond 5/1/2022 | A | Interest | | | Redeemed | 05/01/20 | K | A | |
| 244.  -White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | | | Matured | 05/01/20 | K | | |
| 245.  -Houghton-Portage MI Bond 5/1/23 | A | Interest | K | T | | | | | |
| 246.  -Wyoming, MI Bond 5/1/20 | A | Interest | | | Matured | 05/01/20 | K | | |
| 247.  -Petosky, MI Bond 4/1/23 | A | Interest | K | T | | | | | |
| 248.  -Lansing, MI Board Water Bond 7/1/20 | A | Interest | | | Matured | 07/01/20 | K | | |
| 249.  -Niles, MI Community Schools Bond 5/1/22 | A | Interest | K | T | | | | | |
| 250.  -Grand Blanc, MI Community Bond 11/1/21 | A | Interest | K | T | | | | | |
| 251.  -Southwest, TX Higher Ed Auth Bond 10/1/23 | A | Interest | J | T | | | | | |
| 252.  -Oregon St Bd of Edu Bond 6/30/22 | | None | J | T | | | | | |
| 253.  -Lawrence Co, PA Bond 11/15/23 | A | Interest | J | T | | | | | |
| 254.  -Newark, NJ Bond 4/1/2020 | A | Interest | | | Matured | 04/01/20 | L | | |
| 255.  -Salmon River, NY Bond 6/15/20 | A | Interest | | | Matured | 06/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -Florida St Bond 7/1/21 | A | Interest | J | T | | | | | |
| 257.  -Jackson, MS Bond 5/1/21 | A | Interest | J | T | | | | | |
| 258.  -Los Angeles, CA Bond 11/1/21 | A | Interest | J | T | | | | | |
| 259.  -Oneida Co, NY Bond 08/1/22 | A | Interest | J | T | | | | | |
| 260.  -Passaic Co NJ Bond 4/1/21 | A | Interest | J | T | | | | | |
| 261.  -Pembroke Pines, FL Bond 10/1/22 | B | Interest | K | T | | | | | |
| 262.  TCF Bank Savings | A | Interest | L | T | | | | | |
| 263.  Fidelity Bene IRA (H) | | | | | | | | | |
| 264.  -Fidelity Cash Reserves | | None | J | T | | | | | |
| 265.  -Doubleline Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 266.  Fidelity Bene Roth IRA (H) | | | | | | | | | |
| 267.  -Fidelity Cash Reserves | A | Interest | J | T | Distributed (part) | 07/15/20 | J | | |
| 268.  -Janus Henderson Global Income Fund | A | Dividend | | | Sold | 03/23/20 | K | | |
| 269.  -Schwab Total Stock Market Fund | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 270. | | None | K | T | Buy (add'l) | 03/30/20 | J | | |
| 271.  Fidelity IRA #2 | | None | J | T | Distributed (part) | 10/16/20 | J | | |
| 272.  Fidelity IRA Roth #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. -Fidelity Gov't Cash Reserves | None | | J | T | | | | | |
| 274. -JohnCM Intl Select Fund | A | Dividend | J | T | | | | | |
| 275. | A | Distribution | J | T | | | | | |
| 276. -JP Morgan Europe Dynamic Fund | A | Dividend | K | T | | | | | |
| 277. -PIMCO RAE Plus Small Fund | C | Dividend | K | T | Buy<br>(add'l) | 09/24/20 | J | | |
| 278. | B | Distribution | K | T | | | | | |
| 279. -AQR Global Equity Fund | A | Dividend | K | T | | | | | |
| 280. -DFA Intl Value Fund | A | Dividend | | | Buy<br>(add'l) | 01/10/20 | J | | |
| 281. | | None | | | Sold | 03/30/20 | J | | |
| 282. -DFA US Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 283. -DFA US Large Cap Value Fund | A | Dividend | K | T | | | | | |
| 284. -American Funds New Perspective Fund | A | Dividend | K | T | | | | | |
| 285. | B | Distribution | K | T | | | | | |
| 286. -DFA Emerging Market Core Equity Fund | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 287. -Matthews Emerging Asia Institutional Fund | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 288. -PIMCO RAE Plus International Fund | A | Dividend | J | T | Buy | 10/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII. Line 63 - Lehman Brothers Bond Escrow is still held.  Some principle has been returned, with the possibility of future repayment of principle.
2. Part VII. Line 104 - United Technologies changed named to Raytheon Technologies corp stock on 4/3/20.
3. Part VII. Lines 78-80 - TCF Bank Roth FBO #2 did not previously meet reporting guidelines.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544